GEORGE C. HOWARD, Respondent, *v.* GEORGE HAYES, Appellant.

(Argued June 15, 1882 ; decided·October 17, 1882.)

*B. F. Watson* for appellant.

*Wm. W. Ladd* for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.